AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
JUN 0 2 2010
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
         DEPUTY CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| Raul Lopez | ) Case No. EP-10-M-3269-G |
| | ) |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 3, 2009,__ in the county of __El Paso__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. Section 1073 | move and travel in interstate and foreign commerce with the intent to avoid prosecution under the laws of the State of Texas from which he fled, for crimes which are felony offenses under the laws of the State of Texas. |

This criminal complaint is based on these facts:

See the attached Probable Cause Statement hereby incorporated by reference as if fully restated herein.

☑ Continued on the attached sheet.

_____
Complainant's signature

Wesley A. Tidwell, FBI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __06/02/2010__

_____
Judge's signature

City and state: __El Paso, Texas__

Norbert J. Garney, U.S. Magistrate Judge
Printed name and title

PROBABLE CAUSE STATEMENT

I, Wesley A. Tidwell, hereinafter referred to as Complainant, am a Special Agent of the Federal Bureau of Investigation, and am assigned to investigate violations of Federal Criminal Law, including Flight to Avoid Prosecution, do hereby state:

1.      On May 26, 2010, Complainant learned that an arrest warrant was issued by the State of Texas for Raul Lopez on November 3, 2009, after he was indicted for one count of assault of a public servant and one count of aggravated assault of a public servant. The charges against Lopez stemmed from an incident on April 29, 2009, in which Lopez fled from a traffic stop conducted by a deputy of the El Paso County Sheriff's Office (EPCSO). The deputy was struggling with Lopez when Lopez drove away in his tractor trailer. The deputy eventually fell from the vehicle, and sustained several injuries. The tractor trailer was found abandoned later in the day. The EPCSO has attempted to locate Lopez, and issued a public appeal for assistance when Lopez was featured on "Manhunt Monday" on May 4, 2009. To date, efforts to locate Lopez have met with negative results. According to information from the EPCSO, it is believed that Lopez has fled to Mexico as his wife was deported to that country.

2.      On June 1, 2010, the EPCSO requested, in writing, federal assistance in locating and arresting Lopez as it is believed that he has fled the state of Texas with the intent to avoid prosecution. The EPCSO will extradite Lopez upon his arrest.

3.      On May 27, 2010, the aforementioned facts were presented to Assistant United States Attorney (AUSA) William Lewis, Western District of Texas, El Paso, Texas. AUSA Lewis authorized the filing of this complaint charging Lopez with violation of Title 18, United States Code, Section 1073, Flight to Avoid Prosecution.