

**U.S. Department of Justice**

**United States Marshals Service**
*Western District of Texas*

---

United States Courthouse
525 Magoffin Street, Suite 161
El Paso, Texas 79901

September 4, 2015

**MEMORANDUM TO:**   United States Attorney's Office
Attn:  AUSA Jose Luis Gonzalez

**FROM:**   Betty Cabrera, Investigative Research Specialist
W/TX - El Paso Division - Warrants Section

**SUBJECT:**   Notice of Incarceration of Federal Prisoner

The below-named defendant was arrested:

**DEFENDANT:**   Raul LOPEZ
**CASE #(S):**   EP-10-M-3269-G
**VIOLATION(S):**   Unlawful Flight to Avoid Prosecution
**DATE OF ARREST/DETAINER:**   DETAINER FILED: September 4, 2015
**INCARCERATED IN:**   *TDCJ, J. Middleton Unit, Abilene, Texas
(County Jail/*BOP/TDC)  **Contact the USMS Criminal Clerk @ 534-6779 to coordinate defendant's arrival.**

*Detainer filed with  TDCJ, Huntsville, Texas  by the United States Marshals Service in Houston, Texas.  The United States Attorney needs to provide the United States Marshals Service with a Writ of Habeas Corpus ad prosequendum to bring defendant to court.

cc:   U.S. District Clerk/U.S. Magistrate
U.S. Probation/U.S. Pre-Trial
U.S. Marshals Service (Criminal Clerk)
U.S. Marshals Service (D.E.O.)
U.S. Marshals Service (USM123 File)