

U.S. Department of Justice

United States Marshals Service
Western District of Texas

FILED
2016 APR 15  PM 4: 11

CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

*United States Courthouse*
*Room 305*
*511 E. San Antonio Street*
*El Paso, Texas 79901*

April 15, 2016

| | |
|---|---|
| **MEMORANDUM TO:** | United States Attorney's Office<br>Attn: AUSA Jose Luis Gonzalez |
| **FROM:** | W/TX - El Paso Division - Warrants Section |
| **SUBJECT:** | Notice of Incarceration of Federal Prisoner |

The below-named defendant was arrested:

| | |
|---|---|
| **DEFENDANT:** | Raul Lopez |
| **CASE #(S):** | EP10M3269G |
| **VIOLATION(S):** | FTA Prosecution |
| **DATE OF ARREST**: | 04/15/2016 |
| **INCARCERATED IN:** | W/TX Reg Fac<br>**(County Jail/\*BOP/TDC) Contact the USMS Criminal Clerk @ 534-6779 to coordinate defendant's arrival.** |

*\*Detainer filed with*_____ *by the United States Marshals Service in*_____. *The United States Attorney needs to provide the United States Marshals Service with a Writ of Habeas Corpus ad prosequendum to bring defendant to court.*

cc:   U.S. District Clerk/U.S. Magistrate
      U.S. Pre-Trial
      U.S. Marshals Service (Criminal Clerk)
      U.S. Marshals Service (D.E.O.)
      U.S. Marshals Service (USM123 File)