AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
2016 APR 15 PM 4:11
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

United States of America
v.
Raul Lopez

Case No. EP-10-M-3269-G

_____
Defendant

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Raul Lopez,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

flight to avoid prosecution for one count of aggravated assault of a public servant and one count of assault of a public servant.

Date: 06/02/2010

_____
*Issuing officer's signature*

City and state: El Paso, Texas

Norbert J. Garney, U.S. Magistrate Judge
*Printed name and title*

A true copy of the original, I certify.
Clerk, U.S. District Court
Deputy

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: **Executed by** USMS
On  4-15-16
In  El Paso, TX

_____
*Arresting officer's signature*

_____
*Printed name and title*