**RECEIVED**

APR 1 5 2016

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

Filed April 15 2016
Clerk, U. S. District Court
Western District of Texas
By_____
Deputy

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **NO.   EP:10-M--3269-NJG** |
| | § | |
| **RAUL LOPEZ,** | § | |
| | § | |
| Defendant. | § | |
| | § | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court

endorsed hereon, the United States Attorney for the Western District of Texas hereby dismisses the

Felony Complaint against Defendant, **RAUL LOPEZ**. The Government does not wish to

prosecute at this time.

Respectfully submitted,

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

By: _____

LAURA FRANCO GREGORY
Assistant U.S. Attorney
Texas Bar #24007199
700 E. San Antonio, Suite 200
El Paso, Texas   79901
(915) 534-6884

Leave of Court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: _____