RECEIVED
APR 15 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | NO. EP:10-M--3269-NJG |
| RAUL LOPEZ, | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Western District of Texas hereby dismisses the Felony Complaint against Defendant, **RAUL LOPEZ**. The Government does not wish to prosecute at this time.

Respectfully submitted,

RICHARD L. DURBIN, JR.
UNITED STATES ATTORNEY

By: _____
LAURA FRANCO GREGORY
Assistant U.S. Attorney
Texas Bar #24007199
700 E. San Antonio, Suite 200
El Paso, Texas  79901
(915) 534-6884

RECEIVED
U.S. MARSHALS
2016 APR 21  A 8:09
W/TX-EL PASO

Leave of Court is granted for the filing of the foregoing dismissal.

_____
UNITED STATES MAGISTRATE JUDGE

DATE: 4/15/16